| Attorney or Party without Attorney: | | |
|---|---|---|
| SNELL & WILMER<br>One East Washington Street 2700<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 382-6000<br>Attorney for: Plaintiff | Ref No. or File No.:<br>99999.00000 | |

Insert name of Court, and Judicial District and Branch Court:
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: POLYCHAIN CAPITAL LP
Respondent: HTTP://POLYCHAIN-CAP.COM; ET AL.

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:23-cv-01231-SMB |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT JURY TRIAL DEMANDED WITH EXHIBIT A-D; CORPORATE DISCLOSURE STATEMENT; ORDER

a. Party served    HTTPS://POLYCHAIN-CAP.COM, BY SERVICE UPON, INCORP SERVICVES, INC (AGENT FOR DOMAIN REGISTRAR NAMESILO, L.L.C.)

b. Person Served    Mike Vernon - Service of Process Coordinator
   Age: Over 60  Race: Caucasian  Sex: Male  Eyes:  Height: 5'1 - 5'6  Weight: 241-260 Lbs  Hair: Bald

Address where served: 8825 N 23rd Ave Ste 100
                     Phoenix, AZ 85021-4148

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 7/7/2023    (2) at: 11:05 AM

Person who served papers:
NATIONWIDE LEGAL    Name: Richard F. Acree
County of Maricopa, MC-5966
3150 North 24th Street, Ste. A-102            The fee for service was: $ 104.10
Phoenix, AZ 85016
(602) 256-9700
www.nationwidelegal.com



Date: July 7, 2023

(Richard F. Acree)

AZ301575

**CERTIFICATE OF SERVICE**